IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DAVID H. BALES, #178239, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:12-cv-1083-TMH |
| | ) [wo] |
| GARY HETZEL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION and ORDER**

On December 26, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 5). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED. The Plaintiff's Motion for Preliminary Injunction (Doc. 1) be DENIED and that this case is referred back to the Magistrate Judge for additional proceedings.

DONE this the 6th day of February, 2013.

                                            /s/ Truman M. Hobbs
                                       TRUMAN M. HOBBS
                                       SENIOR UNITED STATES DISTRICT JUDGE